DIANA L. ERBSEN, GILBERT STEVEN ROTHENBERG, FRANCESCA UGOLINI.

## JUDGMENT

Per Curiam (Reyna, Plager, and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Frank J. **KELLOGG**, Claimant–Appellant

v.

Robert A. **MCDONALD**, Secretary of Veterans Affairs, Respondent–Appellee.

2015-7111

United States Court of Appeals, Federal Circuit.

June 9, 2016

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

ERIC PETER BRUSKIN, Commercial Litigation Branch, Civil Division, United States Department of Justice, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR.,

MARTIN F. HOCKEY, JR.; Y. KEN LEE, MARTIE ADELMAN, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

## JUDGMENT

Per Curiam (Moore, Schall, and O'Malley, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED

**AFFIRMED.** *See* **Fed. Cir. R. 36.**